# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-02-00402-CV

---

**Annette Cooper, Appellant**

**v.**

**Brad Cooper, Appellee**

---

**FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
NO. 19,008, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING**

---

Appellant Annette Cooper has filed a motion to dismiss her appeal. She represents that appellee agrees with her motion.

We grant the motion and dismiss the appeal.

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: August 30, 2002

Do Not Publish